# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LEE DALE LOFTON, JR.**                                                  **PETITIONER**
**ADC #140933**

v.                         No. 4:25-cv-788-DPM

**DEXTER PAYNE**                                                           **RESPONDENT**

### ORDER

On *de novo* review, the Court adopts the Magistrate Judge Harris's recommendation, *Doc. 14*, and overrules Lofton's objections, *Doc. 15*. Fed. R. Civ. P. 72(b)(3). Lofton's petition is untimely. There aren't any grounds for equitable tolling.

Payne's motion to dismiss, *Doc. 11*, is granted. Lofton's petition will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026