IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEE DALE LOFTON, JR.**
ADC #140933                                                                PETITIONER

v.                         No. 4:25-cv-788-DPM

**DEXTER PAYNE**                                                           RESPONDENT

## JUDGMENT

Lofton's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026